UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| TRACEY WHEELER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:22-cv-00086-JMS-MKK ) |
| WEXFORD MEDICAL SERVICE, RICHARD WRIGHT, TRICIA PAYNE, BUCK Dr., Dentist, | ) ) ) ) ) |
| Defendants. | ) |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**

*Pro se* Plaintiff, TRACEY WHEELER and Defendant, WEXFORD OF INDIANA, LLC, by counsel, having filed their Joint Stipulation of Dismissal, and the Court, being duly advised, now finds that the Motion is well taken, and

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Joint Stipulation of Dismissal should be and is hereby GRANTED [66].

October 12, 2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.

Tracey Wheeler #140083
Vigo County Jail
600 W. Honey Creek Drive
Terre Haute, IN 47802